**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICRO INTERVENTIONAL DEVICES, INC.,

      Plaintiff,

v.

Case No.: 8:24-cv-01092

OSCOR, INC.,

      Defendant.
_____/

## MEDIATION REPORT

A Zoom mediation was held on Wednesday, February 26, 2025, beginning at 1:30 p.m., where the parties conducted mediation settlement discussions. Plaintiff, MICRO INTERVENTIONAL DEVICES, INC., appeared with representatives and counsel. Defendant, OSCOR, INC., appeared with representative and counsel.

All parties participated in good faith. The parties have reached an IMPASSE at this time.

Done February 28, 2025, in Tampa, Florida.

      Respectfully submitted,

      */s/ Emmett L. Battles*
      Emmett L. Battles, Esq., Mediator
      Florida Bar No. 306649
      1511 N. Westshore Blvd., Suite 700
      Tampa, Florida 33607
      Telephone: (813) 642-4229
      Facsimile: (727) 498-8902
      Email: ebattles@zinoberdiana.com
             laura@zinoberdiana.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 28, 2025, I electronically filed the foregoing document with the Florida E-portal, which will electronically send copies to counsel of record.

/s/ *Emmett L. Battles*
Emmett L. Battles, Esq., Mediator