IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

MICRO INTERVENTIONAL DEVICES, INC.

    Plaintiff,

    v.

OCSCOR, INC.,

    Defendant.

Case No. 8:24-cv-01092-CEH-NHA

**PLAINTIFF'S SECOND UNOPPOSED MOTION TO MODIFY
THE COURT'S CASE MANAGEMENT AND SCHEDULING ORDER**

Plaintiff, Micro Interventional Devices, Inc. ("MID"), by its counsel, and pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rules of the United States District Court for the Middle District of Florida, hereby moves this Court to modify certain deadlines ordered in the September 20, 2024 Case Management and Scheduling Order (ECF Doc # 24), subsequently modified by the Court's endorsed order of March 3, 2025 (ECF Doc # 27), as follows:

| Scheduling Order Disclosures and Discovery | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of Expert Reports     Plaintiff:     Defendant:     Rebuttal: | JULY 8, 2025 AUGUST 12, 2025 SEPTEMBER 10, 2025 | JULY 28, 2025 AUGUST 27, 2025 SEPTEMBER 19, 2025 |
| Fact Discovery Deadline | JUNE 9, 2025 | JULY 9, 2025 |

| Expert Discovery deadline | OCTOBER 6, 2025 | OCTOBER 10, 2025 |

In support of its motion, Plaintiff states:

1. Pursuant to the Court's September 20, 2024 Case Management and Scheduling Order and endorsed order of March 3, 2025 entered in this case the current fact discovery deadline is June 9, 2025 and the deadlines for disclosure of expert reports are July 8, 2025 for Plaintiff, August 12, 2025 for Defendant, and September 10, 2025 for Rebuttal. The current expert discovery deadline is October 6, 2025.

2. Pursuant to the Court's Case Management and Scheduling Order, the parties have exchanged initial disclosures and are currently conducting fact discovery. The parties have also engaged in mediation in order to explore a possible early resolution of the issues raised in this litigation. The parties have continued their discussions since mediation and are exploring a possible supply agreement as an early resolution of the issues raised in this litigation.

3. The proposed Scheduling Order modifications are being requested because both Plaintiff and Defendant require additional time to conduct the above-described supply agreement discussions and also complete fact and expert discovery. Plaintiff accordingly respectfully requests: that the current fact discovery deadline of June 9, 2025 be extended to July 9, 2025; that the current deadline for disclosure of expert reports be extended to July 28, 2025 for Plaintiff, August 27, 2025 for

Defendant, and September 19, 2025 for Rebuttal; and that the current expert discovery deadline of October 6, 2025 be extended to October 10, 2025.

4. Counsel for Plaintiff has conferred with all parties to this action and is authorized to represent that all parties agree to the proposed new deadlines.

5. All parties agree that the extension will not affect the dispositive motions deadline and trial date.

6. All parties agree that any discovery conducted after the dispositive motions date established in the Case Management and Scheduling Order will not be available for summary judgment purposes.

7. No party will use the granting of this extension in support of a motion to extend another date or deadline.

8. Pursuant to Rule 3.01(g) of the Local Rules for the United States District Court, Middle District of Florida, the undersigned counsel hereby certifies that Plaintiff's counsel has conferred with Defendant's counsel and that Defendant does not oppose this motion and the above-requested Scheduling Order modifications.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Unopposed Motion to Modify Case Management and Scheduling Order and enter an order modifying the deadlines for Fact and Expert Discovery and the Disclosure of Expert Reports and any further relief that this Court deems just and proper.

3

Date:  May 9, 2025

                                                Respectfully submitted,

                                                */s/ H. Steven Vogel*
                                                 H. Steven Vogel

                                               H. Steven Vogel, Esq.
                                               Florida Bar No. 432784
                                               DICKINSON WRIGHT PLLC
                                               350 East Las Olas Blvd., Suite 1750
                                               Fort Lauderdale, FL 33301
                                               Tel: (954) 991-5454
                                               Fax: (844) 670-6009
                                               Email: hvogel@dickinson-wright.com

                                               Michael J. Lennon
                                               NY Bar No. 1160506
                                               Email: mlennon@potomaclaw.com
                                               Phone: 646-519-7477
                                               POTOMAC LAW GROUP, PLLC
                                               1177 Avenue of the Americas, 5th Floor
                                               New York, NY 10036

                                               Pablo D. Hendler
                                               NY Bar No. 2547527
                                               Email: phendler@potomaclaw.com
                                               Phone: 914.893.6883
                                               POTOMAC LAW GROUP, PLLC
                                               1177 Avenue of the Americas, 5th Floor
                                               New York, NY 10036

                                               Attorneys for Plaintiff MICRO
                                               INTERVENTIONAL DEVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify on May 9, 2025 I electronically filed with the Clerk of the U.S. District Court, Middle District of Tampa Division, the foregoing using CM/ECF system, which will send notification of such filing(s) to all counsel of record.

/s/ H. Steven Vogel
H. Steven Vogel, Esq.
Florida Bar No. 432784