# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# (TAMPA DIVISION)

MICRO INTERVENTIONAL DEVICES, INC.

    Plaintiff,

    v.

OCSCOR, INC.,

    Defendant.

Case No. 8:24-cv-01092-CEH-NHA

## PLAINTIFF'S THIRD UNOPPOSED MOTION TO MODIFY THE COURT'S CASE MANAGEMENT AND SCHEDULING ORDER

Plaintiff, Micro Interventional Devices, Inc. ("MID"), by its counsel, and pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rules of the United States District Court for the Middle District of Florida, hereby moves this Court to modify certain deadlines ordered in the September 20, 2024 Case Management and Scheduling Order (ECF Doc # 24), subsequently modified by the Court's endorsed orders of March 3, 2025 and May 9, 2025, as follows:

| Scheduling Order Disclosures and Discovery, Pretrial Preparation and Trial | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of Expert Reports<br>Plaintiff:<br>Defendant:<br>Rebuttal: | JULY 28, 2025<br>AUGUST 27, 2025<br>SEPTEMBER 19, 2025 | AUGUST 29, 2025<br>SEPTEMBER 19, 2025<br>OCTOBER 10, 2025 |

| Fact Discovery Deadline | JULY 9, 2025 | AUGUST 15, 2025 |
|---|---|---|
| Expert Discovery Deadline | OCTOBER 10, 2025 | OCTOBER 24, 2025 |

In support of its motion, Plaintiff states:

1. Pursuant to the Court's September 20, 2024 Case Management and Scheduling Order and endorsed orders of March 3, 2025 and May 9, 2025 entered in this case, the current fact discovery deadline is July 9, 2025 and the deadlines for disclosure of expert reports are July 28, 2025 for Plaintiff, August 27, 2025 for Defendant, and September 19, 2025 for Rebuttal. The current expert discovery deadline is October 10, 2025.

2. The parties have been diligently continuing their discussions since mediation exploring a possible supply agreement as a resolution of the issues raised in this litigation. The medical devices that are in dispute and will be subject to the supply agreement being negotiated are Class 3 type medical devices that are highly regulated in Europe and the United States, where the devices are expected to be sold. Addressing regulatory requirements requires considerable time and is ongoing. As an example, a supply agreement must address implementation of a quality management system for manufacturing the devices; technical documentation of device design verification and validation; implementation of a supplier management system to ensure manufactured devices comply with design requirements; and certification of the conformity of the devices to regulatory requirements. The

2

proposed Scheduling Order modifications are being requested because both Plaintiff and Defendant still require additional time to continue their supply agreement negotiations and also conduct fact and expert discovery.

3. Plaintiff accordingly respectfully requests that the current fact discovery deadline of July 9, 2025 be extended to August 15, 2025; that the current deadline for disclosure of expert reports be extended to August 29, 2025 for Plaintiff, September 19, 2025 for Defendant, and October 10, 2025 for Rebuttal; and that the current expert discovery deadline of October 10, 2025 be extended to October 29, 2025.

4. Counsel for Plaintiff has conferred with all parties to this action and is authorized to represent that all parties agree to the proposed new deadlines.

5. All parties agree that the extension will not affect the dispositive motions deadline and trial date.

6. All parties agree that any discovery conducted after the dispositive motions date established in the Case Management and Scheduling Order will not be available for summary judgment purposes.

7. No party will use the granting of this extension in support of a motion to extend another date or deadline.

8. Pursuant to Rule 3.01(g) of the Local Rules for the United States District Court, Middle District of Florida, the undersigned counsel hereby certifies

that Plaintiff's counsel has conferred with Defendant's counsel and that Defendant does not oppose this motion and the above-requested Scheduling Order modifications.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Unopposed Motion to Modify Case Management and Scheduling Order and enter an order modifying the deadlines for Fact and Expert Discovery and the Disclosure of Expert Reports and any further relief that this Court deems just and proper.

Date: July 3, 2025

Respectfully submitted,

/s/ H. Steven Vogel
_____
H. Steven Vogel

H. Steven Vogel, Esq.
Florida Bar No. 432784
DICKINSON WRIGHT PLLC
350 East Las Olas Blvd., Suite 1750
Fort Lauderdale, FL 33301
Tel: (954) 991-5454
Fax: (844) 670-6009
Email: hvogel@dickinson-wright.com

Michael J. Lennon
NY Bar No. 1160506
Email: mlennon@potomaclaw.com
Phone: 646-519-7477
POTOMAC LAW GROUP, PLLC
1177 Avenue of the Americas, 5th Floor
New York, NY 10036

Pablo D. Hendler
NY Bar No. 2547527
Email: phendler@potomaclaw.com
Phone: 914.893.6883
POTOMAC LAW GROUP, PLLC
1177 Avenue of the Americas, 5th Floor
New York, NY 10036

Attorneys for Plaintiff MICRO
INTERVENTIONAL DEVICES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify on July 3, 2025 I electronically filed with the Clerk of the U.S. District Court, Middle District of Tampa Division, the foregoing using CM/ECF system, which will send notification of such filing(s) to all counsel of record.

*/s/ H. Steven Vogel*
H. Steven Vogel, Esq.
Florida Bar No. 432784